IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NO.: 1:06cr42-SPM

BERNARD BRADSHAW,

                Defendant.
_____/

## ORDER CONTINUING SENTENCING

The Court has been advised by defense counsel that additional time is

needed to obtain information that may affect Defendant's sentence.  Accordingly,

for good cause shown, it is

ORDERED AND ADJUDGED that Defendant's sentencing hearing is

continued to 1:30 p.m. on April 7, 2008, at the United States Courthouse in

Gainesville, Florida.

DONE AND ORDERED this 29th day of February, 2008.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge